### 14913.   LUCAS v. THE STATE.

BLOODWORTH, J.  The verdict is without evidence to support it, and the judge erred in overruling the motion for a new trial.

*Judgment reversed.   Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 15, 1923.

Conviction of larceny of cattle; from Tattnall superior court—Judge Sheppard.   June 30, 1923.

*W. T. Burkhalter,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.

---

### 14916.   ROSS v. THE STATE.

BROYLES, C. J.  The verdict was authorized by the evidence, and there is no merit in any of the special grounds of the motion for a new trial.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 15, 1923.

Conviction of larceny of cotton; from Houston superior court—Judge Malcolm D. Jones.   June 26, 1923.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

---

### 14919.   EASON v. THE STATE.

LUKE, J.  The defendant complains that her conviction was not authorized by the evidence.  The evidence was conflicting, but, the jury having believed the evidence for the State, showing her guilt, and the trial judge having approved the verdict, the judgment overruling the motion for a new trial is

*Affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 15, 1923.

Accusation of possession of liquor; from city court of Floyd county—Judge Nunnally.   July 16, 1923.

*C. I. Carey,* for plaintiff in error.

*James Maddox, solicitor,* contra.